THE STATE EX REL. HOWARD, APPELLANT, *v.* SEAWAY
FOODTOWN, INC. ET AL., APPELLEES.

[Cite as *State ex rel. Howard v. Seaway Foodtown,
Inc.*, 96 Ohio St.3d 45, 2002-Ohio-3318.]

(No. 2002–0013—Submitted April 9, 2002—Decided July 10, 2002.)

{¶ 1}   The judgment of the court of appeals is hereby affirmed.

Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

Gregory T. Howard, pro se.

Eastman & Smith, Ltd., Thomas A. Nixon and Heidi N. Eischen, for appellee Seaway Foodtown, Inc.

Betty D. Montgomery, Attorney General, and Thomas L. Reitz, Assistant Attorney General, for appellees Industrial Commission and Bureau of Workers' Compensation.